UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                  Hon. Paul L. Maloney

v.

                                  Case No. 1:18-cr-00167

NICOLE LYNN STARR,

     Defendant.

_____/

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in an Indictment. Count 1 charges defendant with conspiracy to distribute and possess with intent to distribute cocaine and crack cocaine in violation of 21 U.S.C. §§ 846 and 841(a)(1). Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis the she is a danger to the community, 18 U.S.C. § 1342(f)(1), and that she poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on August 7, 2018, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the presumption of

detention regarding risk of flight, but has not rebutted the presumption of detention as to danger to the community. The Court also finds, as explained on the record, that the government has met its burden of establishing by preponderant evidence that defendant poses a significant risk of flight and has proven by clear and convincing evidence that defendant poses a danger to the community. Further, the Court finds that there is no condition or combination of conditions that will ensure the appearance of defendant and the safety of the community. Accordingly,

IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on August 7, 2018.


  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge